UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                CASE NO. 8:25-cr-327-WFJ-AAS

JUAN CARLOS CERCHIARO CALDERA

**JUNE 2026 STATUS REPORT**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida files this status report pursuant to Fed. R. Crim. P. 17.1 and the Court's Pretrial Discovery Order and Notice of Trial and Status Conference, and states as follows:

1.      Brief summary of case's status:

The defendant is charged in Count Two of a two-count superseding indictment, alleging that he conspired with lead defendant, Jorge Luis Hernandez Villazon, to commit money laundering.

He surrendered to authorities on May 19, 2026, and arraigned the next day. The evidence in support of Count Two includes text messages, bank records, and cooperating witnesses.

Discovery production is ongoing.

2.      Possibility of a plea agreement as to each defendant:

The parties anticipate that this case will be resolved by a plea agreement.

3.    <u>Number of days required for trial</u>:

The United States estimates that it will take four days to present its case-in-chief.

4.    <u>Pending motions, dates on which they were filed, and whether they are ripe for determination</u>:

None at this time.

5.    <u>Potential speedy trial problems</u>:

None at this time.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    */s/ Daniel Baeza*
Daniel Baeza
Assistant United States Attorney
USAO No. 164
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
E-mail: Daniel.Baeza@usdoj.gov

**U.S. v. Cerchiaro Caldera**     **Case No. 8:25-cr-327-WFJ-AAS**

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Defense Counsel of Record

*/s/ Daniel Baeza*
Daniel Baeza
Assistant United States Attorney
USAO No. 164
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
E-mail: Daniel.Baeza@usdoj.gov